**Order entered October 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00126-CR

**SHAWN BRIAN TIMMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-48186-J**

## ORDER

Before the Court is appellant's October 11, 2019 motion for extension of time to file his

brief. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.


/s/      CORY L. CARLYLE
JUSTICE